UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

**Paul J. A.,**

    **Plaintiff,**

    v.                            Case No. 2:23-cv-3160
                                 JUDGE EDMUND A. SARGUS, JR.
                                 Magistrate Judge Elizabeth Preston Deavers

**COMMISSIONER OF SOCIAL SECURITY,**

    **Defendant.**

## ORDER

This matter is before the Court on the Parties' joint stipulation for an award of attorney's fees under the Equal Access to Justice Act ("EAJA"), 28 U.S.C. § 2412. (ECF No. 11.)  The Court hereby **GRANTS** the Parties' joint stipulation and awards Plaintiff EAJA fees of $1,550.00. After the Court enters this award, if counsel for the Parties can verify that Plaintiff owes no pre-existing debt subject to offset, the Defendant shall pay the EAJA award directly to Plaintiff's counsel pursuant to the EAJA assignment signed by Plaintiff.

The case remains terminated on the docket of this Court.

    **IT IS SO ORDERED.**

**2/16/2024**                                          **s/Edmund A. Sargus, Jr.**
**DATE**                                              **EDMUND A. SARGUS, JR.**
                                                        **UNITED STATES DISTRICT JUDGE**